USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

                    Plaintiff,

   -against-

TECHNY ADVISORS LLC,

                    Defendant.

21 Civ. 652 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 16, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by May 11, 2021. ECF No. 20. That submission is now overdue. By **May 17, 2021**, at **12:00 p.m.**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 13, 2021
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge