**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, L

ATTORNEY & COUNSELLOR AT L
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/14/2021__

May 14, 2021

The Honorable United States District Judge Analisa Torres
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
*Via ECF*

      Re:  Jaquez v. Techny Advisors, LLC
          Civil Action No.: 1:21-cv-00652-AT

To the Honorable District Judge Torres,

  The undersigned represents the Plaintiff in the above referenced matter brought pursuant to the Americans with Disabilities Act (the ADA). On today's date, the parties filed their Joint Letter and Case Management Plan in advance of the Initial Conference scheduled in this matter for May 18, 2021 at 11:20 a.m.

  It is respectfully requested that the Initial Conference be adjourned briefly, due to the undersigned's religious observance of the Shavuot holiday, which falls on Monday and Tuesday, May 17 and 18. Due to the holiday, the undersigned will be unable to use a phone to call into the Initial Conference. The undersigned is widely available in the afternoons of the 19th, 20th and 21st, if any of those dates work for the Court.

  The undersigned conferred with Defendant's counsel, who does not object to the requested adjournment of the Initial Conference. Defendant's counsel has been provided with a copy of this communication as well.

          Respectfully submitted,

          */s/ Yitzchak Zelman, Esq.*

GRANTED. The conference scheduled for May 18, 2021, is ADJOURNED to **May 24, 2021**, at **11:40 a.m.**

SO ORDERED.

Dated: May 14, 2021
   New York, New York

          _____
          ANALISA TORRES
         United States District Judge