

214 747 5070 main
214 747 2091 fax

David B. Conrad
Principal
conrad@fr.com
214 760-6158 direct

**VIA ECF AND EMAIL**

June 25, 2021

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

Re: Ramon Jaquez, et al. v. Techny Advisors LLC, Case No. 1:21-cv-00652 (S.D.N.Y)
**Letter Motion Requesting Extension of Deadline for Defendant to file Motion to Dismiss**

Dear Judge Torres,

Pursuant to the Court's January 21, 2020 Individual Practices in Civil Cases Rule I(C), Defendant Techny Advisors, LLC ("Defendant") submits the following letter motion requesting an extension of Defendant's deadline to file its motion to dismiss.

Defendant submits that it needs more time to investigate the particular allegations raised by the Amended Complaint and to meet and confer with Plaintiff regarding the same in order to prepare its Motion. Accordingly, Defendant respectfully requests that the Court extend Defendant's current June 25, 2021 deadline to file it motion to dismiss two weeks, to and including July 9, 2021, so that Defendant can complete the forgoing in preparation of its Motion to Dismiss.

This is Defendant's first request for an extension to file its motion to dismiss. Defendant has conferred with counsel for Plaintiffs, who is traveling, and counsel for Plaintiffs indicated he is not opposed to this request.

Sincerely,

*[signature]*

GRANTED. By **July 9, 2021**, Defendant shall file its motion to dismiss.
By **July 30, 2021**, Plaintiff shall file his opposition papers. By **August 13, 2021**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: June 28, 2021
New York, New York

*[signature]*
ANALISA TORRES
United States District Judge