USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, <br><br> Plaintiff, <br><br> -v- <br><br> TECHNY ADVISORS LLC, <br><br> Defendant. | Civil Case Number: 1:21-cv-00652-AT |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 22, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-00652-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED.

Dated: July 22, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge